# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **DAVID KREBSBACH,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **CIVIL ACTION FILE NO.** |
| **SNAP-ON CREDIT, LLC,** | ) **1:19-CV-01023-STA-egb** ) ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant, Snap-on Credit, LLC ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff David Krebsbach against Defendant.

Defendant, therefore, requests that this Honorable Court provide the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 7th day of March, 2019.

                                          */s/ Alan D. Leeth*
                                        Alan D. Leeth (BPR # 022358)
                                        Samuel A. Morris (BPR # 034878)
                                        BURR & FORMAN LLP
                                        420 North 20th Street, Suite 3400
                                        Birmingham, Alabama  35203
                                        Telephone: (205) 251-3000
                                        aleeth@burr.com
                                        BURR & FORMAN, LLP
                                        222 Second Avenue South, Suite 2000
                                        Nashville, TN 37201
                                        Telephone: (615) 724-3200
                                        smorris@burr.com

                                        Attorneys for Defendant
                                        SNAP-ON CREDIT, LLC

33066672 v1

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 7th day of March, 2019:

Frank H. Kerney, III
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

*s/ Alan D. Leeth*
OF COUNSEL