UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **DAVID KREBSBACH,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **SNAP-ON CREDIT, LLC.,** | CASE NO: 19-1023-STA-jay |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered on April 18, 2019, this cause is hereby **DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 4/19/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk